Form finalpretrialadjAP

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

211 West Fort Street
Detroit, MI 48226

---

In Re: Ronald A. Hagen
Debtor

Case No.: 12−52139−wsd
Chapter 7
Judge: Walter Shapero.Detroit

Daniel M. McDermott
Plaintiff

Adv. Proc. No. 12−05512−wsd

v.

Ronald A. Hagen
Defendant

---

## NOTICE OF ADJOURNED FINAL PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the Final Pre−Trial Conference scheduled for 07/31/2013 at 09:30 AM on the above−entitled adversary proceeding is hereby adjourned to:

Location: **Chambers of Judge Walter Shapero, Room 1029, 231 W. Lafayette, Detroit, MI 48226**

Date: **8/7/13**

Time: **10:00 AM**

DUE TO A COURT SCHEDULING CONFLICT THE FINAL PRETRIAL CONFERENCE HAS BEEN ADJOURNED.

Dated: 6/4/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: S Gentle
Deputy Clerk